# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2013

## NO. 03-10-00664-CV

### JNS Enterprise, Inc. and Leesboro Corporation, Appellants

**v.**

### Dixie Demolition, LLC; Airways Recycling Group, LLC; Conrad C. Bar; Velez Trucking, Inc.; and AAR Incorporated, Appellees

**APPEAL FROM 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
MODIFIED AND, AS MODIFIED, AFFIRMED IN PART; REVERSED AND
RENDERED IN PART -- OPINION BY JUSTICE ROSE**

**THIS CAUSE** came to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that the district court's judgment awarding appellate attorney's fees was in error. **IT IS THEREFORE** ordered that the judgment of the district court awarding appellate attorney's fees is reversed, and judgment is rendered that Dixie Demolition recover no appellate attorney's fees. It is also ordered that the part of the district court's judgment awarding supreme court appellate fees to AAR Incorporated and Velez Trucking, Inc. is modified to condition the award of those fees on a successful appeal to the Texas Supreme Court. Having overruled the remaining issues on appeal, we affirm the district court's judgment as modified. It is **FURTHER** ordered that the appellees pay all costs relating to this appeal, both in this Court and the court below, and that this decision be certified below for observance.